**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

JOHN JORDAN                                                                                          PETITIONER

vs.                                                                          Civil Action No. 3:05-cv-526 WS

DOLAN WALLER and JIM HOOD                                                   RESPONDENTS

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge and the objection thereto, and this court, having found said objection not well taken and having adopted said Report and Recommendation as the order of the court, hereby orders that respondents' motion to dismiss the petition br granted and the petition be dismissed with prejudice.  The above-styled and numbered cause is dismissed with prejudice.

**SO ORDERED AND ADJUDGED, this the 18th day of August, 2006.**

**s/ HENRY T. WINGATE**

**CHIEF UNITED STATES DISTRICT JUDGE**