**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

JOHN JORDAN                                                                                          PETITIONER

VERSUS                                                        CIVIL ACTION NO. 3:05-CV-526WS

DOLAN WALLER,  ET AL.                                                                    RESPONDENT


**CERTIFICATE OF APPEALABILITY**

 A notice of appeal has been filed in the above captioned habeas corpus case.  In habeas corpus cases where the detention complained of arises out of process issued by a state court  pursuant to Title 28 U.S.C. § 2254;  or where the detention arises out of a judgment and conviction in federal court which is being challenged pursuant to Title 28 U.S.C. § 2255;  the court, considering the record in the case and the requirements of Title 28 U.S.C. § 2253 and Rule 22(b) of the Federal Rules of Appellate Procedure, shall determine whether a certificate of appeal ability shall issue, and if not, state its reasons for denying the certificate.  The court finds as follows:

    Part A

__  A certificate of appeal ability should issue.

 X   A certificate of appeal ability should not issue.  (See reasons below.)

Part B

___ The party appealing is a pauper.

_X_ The party appealing is not a pauper.  (See reasons below.)

REASONS FOR DENIAL:

Petitioner's request for relief is time barred.

**s/ HENRY T. WINGATE**

**Date: 10/4/06**      _____
         **UNITED STATES DISTRICT JUDGE**

Civil Action No. 3:05-cv-526
Certificate of Appealability